UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. SERMENO,<br><br>        Plaintiff,<br><br>    v.<br><br>E. GALVAN, et al.,<br><br>        Defendants. | Case No. 16-05893 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On February 3, 2017, this Court dismissed Plaintiff's complaint with leave to file an amended complaint within twenty-eight days. (Docket No. 10.) Plaintiff was warned that failure to file an amended complaint in the time provided would result in the dismissal of this action without prejudice and without further notice. (Id. at 4.) Plaintiff has not filed an amended complaint or had any further communication with this Court. Accordingly, this action is **DISMISSED**. The Clerk shall terminate any pending deadlines.

**IT IS SO ORDERED.**

Dated: 3/17/2017

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.16\05893Sermeno_dis